IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAN KIM, YONG KIM, YONG HWA CHUNG KIM, CHUNG KOOK KIM, DANI BUTLER, BRIAN ERDSTEIN, KARENE ERDSTEIN, MAYAN ERDSTEIN, CHAIM KAPLAN, RIVKA KAPLAN, REUVEN KAPLAN, THEODORE GREENBERG, MAUREEN GREENBERG, JARED SAUTER, DVORA KASZEMACHER, CHAYA ALKAREIF, CHAYIM KUMER; LAURIE RAPPEPORT, MARGALIT RAPPEPORT, AVISHAI REUVANE, and ELISHEVA ARON, <br><br> Plaintiffs, <br><br> v. <br><br> RAILGUN DAO, <br><br> Defendant. | Case No. 26-CV-179 <br><br> JURY TRIAL DEMANDED |

**SUPPLEMENTAL DECLARATION OF CHARLES GERSTEIN IN SUPPORT OF MOTION FOR ALTERNATIVE SERVICE**

1. My name is Charles Gerstein. I am counsel for the Plaintiffs in this case. I am over 18 years old.

2. On January 30, 2026, this Court requested that Plaintiffs "submit a declaration by February 12, 2026, providing greater detail regarding the 'diligent investigation' they conducted to determine whether Railgun DAO has a physical address." The Court also requested that the Plaintiffs "detail any efforts they made to determine whether the Railgun founders identified in their motion have physical addresses at which they can be served or can be contacted by methods other than social media."

3. In the course of preparing the Complaint in this case, I thoroughly reviewed the website hosted at railgun.org. That site read (and, as of today, currently reads) "This is an independent info site about RAILGUN smart contracts, run by enthusiasts and evangelists. Nobody is in charge of RAILGUN itself."

4. The site read (and, as of today, currently reads) "There is no RAILGUN company – RAILGUN is a system of smart contracts supported by fully-decentralized governance." As explained in more detail in the Complaint, Defendant Railgun DAO is an organization governed by votes of the holders of RAIL, a crypto token. When the Railgun website says that "there is no RAILGUN company," I interpret that to mean, in context of DAO-run businesses, that there is no entity registered with any government that is in control of the code that operates Railgun DAO's crypto-laundering business. *See, e.g.*, David Kerr & Miles Jennings, ANDREESSEN HOROWITZ, *A Legal Framework for Decentralized Autonomous Organizations*,

https://perma.cc/WA9S-SBQT (Oct. 19, 2021) (discussing "a DAO's decision to not create a legal entity" and warning that this may lead to joint and several liability as a general partnership). This is in contrast to a small minority of DAO-run businesses that have chosen to avail themselves of legal regimes under which they can seek limited liability, like "Wyoming's DAO law." *Id.* at 12.

5. In the course of preparing the Complaint in this case, I reviewed the website hosted at crunchbase.com/organization/railgun. Crunchbase is a database service providing information about start-up companies and their funders. Railgun's site on Crunchbase lists it as headquartered in London and read at the time I researched the Complaint (and reads today) "RAILGUN is a smart contract that brings privacy to cryptocurrencies and DeFi." The site did not list (and does not list) an address for Railgun nor any registered legal entity.

6. In the course of preparing the Complaint in this case, I searched the database of the United Kingdom's Companies House, which, to my understanding, lists registration information of entities formed under UK law. I searched for the word "Railgun." The Companies House listed then (and lists now) only one company in response, Railgun.IT, which was formed in 2016 (five years before Railgun DAO was founded) and dissolved in 2017. The Companies House lists Railgun.IT's founder as Robert Christopher Edwards. After searching on Google for Edwards, I found no public association between him and Railgun DAO. Although there is a publicly listed address associated with the dissolved company Railgun.IT, I believe, based on the

timing of its formation and dissolution, that this company is not associated with Railgun DAO.

7. As such, Railgun DAO does not, to my knowledge, have a physical headquarters at which it can receive traditional service of process.

8. Prior to this Court's January 30th minute order, I did not specifically undertake to find physical addresses for Railgun DAO's founders, who are not Defendants in this action, and are not necessarily partners in Railgun DAO. I did, though, conduct several searches for other information about them that revealed information useful to finding their addresses, and I conducted further searches in response to this Court's order.

9. In the course of preparing the Complaint in this matter, I searched for Andrey Kravchenko on Google, where he is listed, in addition to his role at Railgun DAO, as a "College Lecturer in Computer Science" at Hertford College, Oxford. The address of Hertford College, according to Google, is Hertford College, Catte St, Oxford OX1 3BW, United Kingdom.

10. I used a database service to generate a background report for Andrey Kravchenko, of Oxford. The report lists two addresses for Kravchenko, one of which is the address of the Computer Science department of Hertford College and the other of which is a residence in Knightsbridge, London. To protect Kravchenko's privacy, I am not listing the residence address here.

11. In the course of preparing the Complaint in this matter, I searched for Kieran (or "Kai") Mesquita on Google. And on January 21, 2026, I reviewed the

website hosted at abr.business.gov.au/ABN/View/78667121667. This site lists Kieran Anthony Mesquita as an "Individual/Sole Trader" registered with the Australian Government. This site does not list an address for Mesquita but lists his "main business location" as "WA 6024." According to Google, 6024 is the postal code for Warwick, Western Australia. I searched Google for anyone named Kieran Mesquita in Warwick, Western Australia. I then used a service called Australian Title Search to get a report on people named Kieran Mesquita. The service returned no addresses for Mesquita. I searched other publicly available databases using Google and did not find an address for Mesquita.

12. In the course of preparing the Complaint in this matter, I searched for Alan Scott on Google. I repeated that search in response to this Court's order. I found a LinkedIn account with the name Alan S. The picture associated with Alan S. appears to me to be the same person as the one associated with the *X* account @tsukareta." Alan S.'s LinkedIn account lists him as "Advisor & Investor in DeFi/Crypto - RAILGUN Project" and also lists him as working full time at a company called ADG EasyCare.

13. A Google search for Alan Scott reveals a residential address for someone with that name in Durham, North Carolina. To protect Scott's privacy, I don't list it here. I do not know whether this address is associated with the same Alan Scott that founded Railgun DAO.

4

14.     I, accordingly, am capable of sending physical mail to addresses reliably associated, in my view, with Kravchenko, but only possibly associated with Scott. I do not currently have an address for Mesquita.

15.     Plaintiffs do not object to an order requiring certified mailing to the addresses associated with Kavchenko and Scott or to any other means of communication to them reasonably calculated to apprise Railgun DAO of this litigation. But, to clarify, I do not know whether Kravchenko, Mesquita, or Scott are holders of RAIL tokens or whether they are partners in Railgun DAO. Plaintiffs' motion proposed service on the social media accounts belonging to Kravchenko, Mesquita, and Scott as a means of giving reasonable notice to Defendant Railgun DAO of this action so as to comply with Federal Rule of Civil Procedure 4(f)(3) (as incorporated by Rule 4(h)(2)), not as a means of compliance with Rules 4(f)(1) or (2).

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*/s/ Charles Gerstein*
Charles Gerstein
GERSTEIN HARROW LLP
1629 Columbia Road NW, Suite 302
Washington, DC 20004
charlie@gerstein-harrow.com
(202) 670-4809