IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAN KIM, YONG KIM, YONG HWA CHUNG KIM, CHUNG KOOK KIM, DANI BUTLER, BRIAN ERDSTEIN, KARENE ERDSTEIN, MAYAN ERDSTEIN, CHAIM KAPLAN, RIVKA KAPLAN, REUVEN KAPLAN, THEODORE GREENBERG, MAUREEN GREENBERG, JARED SAUTER, DVORA KASZEMACHER, CHAYA ALKAREIF, CHAYIM KUMER; LAURIE RAPPEPORT, MARGALIT RAPPEPORT, AVISHAI REUVANE, and ELISHEVA ARON,<br><br>Plaintiffs,<br><br>v.<br><br>RAILGUN DAO,<br><br>Defendant. | Case No. 26-CV-179<br><br>JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

1. My name is Charles Gerstein. I am counsel for the Plaintiffs in this case. I am over 18 years old.

2. On February 11, 2026, I emailed a copy of the summons (ECF No. 9), Complaint (ECF No. 1) and this Court's order (ECF No. 7) to mail@edwardfricker.com.

3. The same day, I created a publicly accessible link using Microsoft OneDrive and uploaded the same documents so that they are easily viewed and downloaded using that link.

4. I then sent a message containing that link to the *X* accounts associated with Kieren Mesquita, Alan Scott, and Railgun DAO. The message I sent to Railgun DAO and Alan Scott was a reply to their most recent messages. To my understanding, this means that my message was viewable to everyone who follows Scott and Railgun DAO on *X*.

5. On February 12, 2026, I sent a copy of the summons and this Court's order via international priority mail (delivery receipt requested) to the post office box in Australia that Edward Fricker listed as his address with the New York Bar.

6. The same day, I sent a message containing the OneDrive link I created to Andrey Kravchenko via LinkedIn.

7. The same day, I sent a copy of the summons and this Court's order via international priority mail (delivery receipt requested) to both addresses associated with Andrey Kravchenko, one in London and one in Oxford.

8. The same day, I sent a copy of the summons and this Court's order via priority mail, delivery receipt requested, to the address associated with Alan Scott.

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*/s/ Charles Gerstein*
Charles Gerstein
GERSTEIN HARROW LLP
1629 Columbia Road NW, Suite 302
Washington, DC 20004
charlie@gerstein-harrow.com
(202) 670-4809