**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HAN KIM, YONG KIM, YONG HWA CHUNG KIM, CHUNG KOOK KIM, DANI BUTLER, BRIAN ERDSTEIN, KARENE ERDSTEIN, MAYAN ERDSTEIN, CHAIM KAPLAN, RIVKA KAPLAN, REUVEN KAPLAN, THEODORE GREENBERG, MAUREEN GREENBERG, JARED SAUTER, DVORA KASZEMACHER, CHAYA ALKAREIF, CHAYIM KUMER; LAURIE RAPPEPORT, MARGALIT RAPPEPORT, AVISHAI REUVANE, and ELISHEVA ARON,<br><br>Plaintiffs,<br><br>v.<br><br>RAILGUN DAO,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 26-CV-179<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

**TO THE CLERK OF COURT:**

1. Plaintiffs respectfully request that the Clerk of this Court enter default against Defendant Railgun DAO under Federal Rule of Civil Procedure 55(a).

2. As averred in the attached affidavit, on February 12, 2026, Railgun DAO was served with process in the manner authorized by an order of this Court entered on February 9, 2026. *See also* ECF No. 7 (authorizing service); ECF No. 10 (affidavit of service).

3. Additionally, as averred in the second attached affidavit, on February 23, 2026, Plaintiffs effected service on Digital Currency Group Incorporated, which is alleged to be a partner in Railgun DAO.

4. The time within which Railgun DAO must respond under Federal Rule of Civil Procedure 12(a)(1)(A)(i) passed on March 5, 2026.

5. Railgun DAO has not answered or otherwise responded to the Complaint.

6. Railgun DAO is a general partnership and is not, therefore, infirm, in the military, an unrepresented minor, or otherwise excused from answering the Complaint.

WHEREFORE, Plaintiffs respectfully request that the Court enter default against Defendant Railgun DAO.

Respectfully submitted,

*/s/ Charles Gerstein*
Charles Gerstein

1

GERSTEIN HARROW LLP
1629 Columbia Road NW, Suite 302
Washington, DC 20004
charlie@gerstein-harrow.com
(202) 670-4809

*/s/ Jason Harrow*
Jason Harrow
GERSTEIN HARROW LLP
12100 Wilshire Blvd. Ste. 800
Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293

*/s/ Robert Tolchin*
Robert Tolchin
THE BERKMAN LAW OFFICE LLC
829 E. 15th Street, Suite Seven
Brooklyn, New York 11230
rtolchin@berkmanlaw.com
(718) 855-3627

*Attorneys for Plaintiffs*

2