AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26-CV-179

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Bruce Eastwood

was received by me on *(date)*        02/23/2026        .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                        ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*    John Doe, who refused
name, employee/ authorized for service        , a person of suitable age and discretion who resides there,
on *(date)*        02/24/2026        , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)*                        ; or

☐ I returned the summons unexecuted because                                ; or

☐ Other *(specify)*:

My fees are $        150.00        for travel and $        0.00        for services, for a total of $        150.00        .

I declare under penalty of perjury that this information is true.

Date:        02/25/2026

_____
Server's signature

Bruce eastwood Lic# 2106724
*Printed name and title*

76 Progress Dr
Stemford, CT 06902

*Server's address*

Additional information regarding attempted service, etc:

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in which the process was served. NO NOTARY REQUIRED PURSUANT TO F.S. 925.25(2).