| Registered No. | | |
|---|---|---|
| RE280259415US | | |

| | Reg. Fee $10.15 | Special $ Delivery |
|---|---|---|
| To Be Completed By Post Office | Handling Charge $ $23.40 | Return $ Receipt |
| | Postage $ $0.00 | Restricted $ Delivery |
| | Received by $0. | |

Customer Must Declare Full Value $    $0.00

☐ With Postal Insurance
☐ Without Postal Insurance

Date Stamp
MAR 24 2026
0215

**Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited**
*(See Reverse)*

FROM
Charlie Gerstein
1629 Columbia Rd, Ste 302
Washington, D.C. 20009

TO
Edward Fricker
P.O. Box 3544
Manuka, ACT-2603
Australia

PS Form **3806**,
June 2000

**Receipt for Registered Mail**

*(Customer Copy)*
*(See Information on Reverse)*



Case 1:26-cv-00179-SLS   Document 12-12   Filed 03/25/26   Page 2 of 3

| Registered No. RE280259429US | | | Date Stamp |
|---|---|---|---|

(Customer Copy)

**To Be Completed By Post Office**

| Reg. Fee $ $10.15 | Special Delivery $ |
|---|---|
| Handling Charge $ $23.40 | Return Receipt $ |
| Postage $ $0.00 | Restricted Delivery $ |
| Received by $0.00 | |

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

USPS CALVERT STATION
WASHINGTON
MAR 24 200[illegible]

**To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed**

FROM
Charlie Gerstein
1629 Columbia Rd, Ste 302
Washington, D.C. 20009

TO
Andrey Kravchenko
Department of Computer Science
~~Keble Rd~~ ~~United Kingdom~~
Oxford, ~~England~~ OX1 3QD, United Kingdom

PS Form **3806**, June 2000    **Receipt for Registered Mail**
(See Information on Reverse)