Case 1:26-cv-00179-SLS   Document 12-14   Filed 03/25/26   Page 1 of 1

# Andrey Kravchenko 🛡️ · 3rd

Founder at Vitruvian Quality Lab • Lecturer at Hertford College, Oxford • Visiting Researcher at the Department of Computer Science, University of Oxford

Oxford, England, United Kingdom · **Contact info**

**500+** connections

**+ Follow**   🕐 Pending   🔖   More

Vitruvian Quality Lab   **Vitruvian Quality Lab Ltd**

**Saïd Business School, University of Oxford**